**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES LEE JONES                                                                          PLAINTIFF

v.                                              No. 5:10CV00170 JLH/JTR

ANGELA RANDLE, Nurse; and
CARLA ROYAL, Nurse, Brassell Detention Center                        DEFENDANTS

**ORDER OF DISMISSAL**

In June of 2010, Plaintiff, James Lee Jones, commenced this *pro se* § 1983 action alleging

that Defendants violated his constitutional rights while he was a convicted prisoner at the Brassell

Detention Center.  *See* docket entries #2 and #6.  Several months later, Plaintiff was released from

custody.  *See* docket entry #29.

On October 28, 2010, the Court entered an Order giving Plaintiff thirty days to file a

(freeworld) Application to Proceed *In Forma Pauperis*.  *See* docket entry #32.  Importantly, the

Court advised Plaintiff that the failure to timely and properly do so would result in the dismissal of

his case, without prejudice, pursuant to Local Rule 5.5(c)(2).[1]  *Id.*

As of the date of this Order of Dismissal, Plaintiff has failed to comply with the Court's

October 28, 2010 Order, and the time for doing so has expired.

---

[1]  Local Rule 5.5(c)(2) provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. *If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice*. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure." (Emphasis added.)

IT IS THEREFORE ORDERED THAT:

1.      Pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's October 28, 2010 Order.

2.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order of Dismissal and the accompanying Judgment would not be taken in good faith.

Dated this 25th day of January, 2011.

_____

UNITED STATES DISTRICT JUDGE