# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JAMES LEE JONES                                                                                      PLAINTIFF

v.                                      No. 5:10CV00170 JLH/JTR

ANGELA RANDLE, Nurse; and
CARLA ROYAL, Nurse, Brassell Detention Center                          DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's October 28, 2010 Order.   Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 25th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE